# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| DIANNE CASHER, individually and as representative of the Estate of Darryl Casher, deceased ) ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CIVIL NO. 17–133–CG–B |
| HUDSON SPECIALTY INSURANCE COMPANY, ) ) ) ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that judgment is entered in favor of Defendant Hudson Specialty Insurance Company (misnamed as Hudson Specialty Insurance Group) and against Plaintiff Dianne Casher.  Summary judgment having been entered in the Defendant's favor, this action is hereby **DISMISSED with prejudice**.

**DONE** and **ORDERED** this 18th day of July, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE